# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY HORNBAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AVI PARTNERS, LLC, a Delaware limited liability company; and DOES 1–5,<br><br>Defendants. | Case No.:<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

JEFFERY HORNBAKER ("Plaintiff" or "Hornbaker") hereby alleges for its complaint against AVI PARTNERS, LLC ("AVI") and DOES 1–5 (collectively, "Defendants") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

### I.   JURISDICTION AND VENUE

1. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a claim for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

2. This Court has personal jurisdiction over AVI because it is a Delaware limited liability company with its principal place of business in Radnor, Pennsylvania.

3. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1)–(3).

### II.   PARTIES

4. Plaintiff is an individual and resident of California.

5. AVI is a Delaware limited liability company with its principal business address at 555 East Lancaster Avenue, Suite 520, Radnor, Pennsylvania 19087.

6. Plaintiff does not know the true names of defendants named in this complaint as Does 1 through 5 and therefore sues those defendants by such fictitious names.  Plaintiff will amend the complaint to include the true names of the Doe Defendants and allege facts supporting their liability when Plaintiff learns them through discovery.  Plaintiff is informed and believes, and on that basis alleges, that each of the fictitiously named Defendants is responsible in some manner for the acts and omissions that give rise to Plaintiff's injuries, and that the Doe Defendants proximately caused Plaintiff's injuries.

### III.   FACTS

**A.  Hornbaker created copyrightable photographs and registered them with the U.S. Copyright Office.**

7. Hornbaker is a photographer known for his underwater and beach photography.

8. He owns all rights to an image of a man standing in water with a fishing rod (the "Infringing Image").

9. Hornbaker registered the Infringing Image with the U.S. Copyright Office and obtained Copyright Registration No. VAu 1-130-949 (February 14, 2013).  A true and correct copy of the registration is attached as Exhibit A.

**B.  AVI published and displayed a copy of the Infringing Image on its public website without license or permission.**

10. AVI is an international investment firm. To promote its business, AVI maintains a website located at <www.avipartners.com>.

11. On or around September 2015, Hornbaker discovered that AVI was displaying a copy of the Infringing Image on its public website without license or permission.  Attached as Exhibit B is a true and correct copy of a screenshot of AVI's infringing use.

### IV.   CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT

12. Plaintiff hereby incorporates Paragraphs 1–11 by reference.

13. Plaintiff is, and at all relevant times has been, the owner of the copyright in the Infringing Image.

14. The Infringing Image is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

15. Plaintiff has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

16. Plaintiff registered the copyright in the Infringing Image with the United States Copyright Office.

17. Plaintiff has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the Infringing Image, (2) prepare derivative works based on the Infringing Image, (3) distribute copies of the Infringing Image, and (4) display the Infringing Image publicly.

18. Without the permission or consent of Plaintiff, the Infringing Image was reproduced, derivative works were made from it, copies were distributed of it, and it was displayed on AVI's website.

19. Plaintiff's exclusive rights in the Infringing Image were violated.

20. AVI induced, caused, or materially contributed to the infringement.

21. AVI had actual knowledge of its infringement.

22. AVI acted willfully.

## V.     RELIEF REQUESTED

WHEREFORE, Plaintiff asks this Court to enter judgment against AVI and AVI's subsidiaries, affiliates, agents, employees, Does 1–5, and all persons acting in concert or participation with them, granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of Registration No. VAu 1-130-949 (February 14, 2013) by Defendants under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of

Defendants of the Infringing Image and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Plaintiff as the result of Defendants' infringement plus the profits of Defendants attributable to the infringement under 17 U.S.C. § 504(b);

4. Alternatively, if Plaintiff so elects, an award of statutory damages for each infringement of Registration No. VAu 1-130-949 (February 14, 2013) under 17 U.S.C. § 504;

5. A judgment that Defendants' infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6. An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7. For such other and further relief as may be just and proper under the circumstances.

## JURY DEMAND

Pursuant to FED. R. CIV. P. 38(b), Plaintiff Jeffery Hornbaker demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated: July 27, 2016

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

Attorneys for Plaintiff
JEFFERY HORNBAKER